IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHIRLEY ROBERTSON,

        Plaintiff,

v.

RENALDO BROWN, et al.,

        Defendant.

Case No. 24-cv-2495 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 12/16/2025**　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　*s/ Tina Gray, Deputy Clerk*


**Approved:**　　*s/J. Phil Gilbert*
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**